# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD WAYNE BEALL,

    Plaintiff,

vs.

CITY OF RENO, et al.,

    Defendants.

Case No. 3:11-CV-00624-ECR-(VPC)

**ORDER**

    The court denied plaintiff's application to proceed <u>in forma pauperis</u> (#1) pursuant to 28 U.S.C. § 1915(g), and the court directed plaintiff to pay the filing fee in full. Order (#3). Plaintiff has not complied with the court's order within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to pay the filing fee. The clerk of the court shall enter judgment accordingly.

    DATED: October 4, 2011.

                                               /s/ Edward C. Reed
                                            EDWARD C. REED
                                            United States District Judge