AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

RONALD WAYNE BEALL,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

          CASE NUMBER: **3:11-CV-00624-ECR-VPC**

CITY OF RENO, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for plaintiff's failure to pay the filing fee.


  October 4, 2011                                  **LANCE S. WILSON**
                                                               Clerk


                                                       /s/ Katie Lynn Ogden
                                                               Deputy Clerk